No. 94–5001.  BURRESS *v.* PRESBYTERIAN CHURCH ET AL.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 94–5002.  DRUMMOND ET UX. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–5005.  STEARMAN *v.* CITY OF GREENVILLE, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–5006.  BROOKS *v.* FULTON DEPARTMENT OF FAMILY AND CHILDREN SERVICES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–5007.  CYPRIAN *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 94–5008.  BROWN *v.* HOWARD-PALMER ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 94–5009.  RENGIFO *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–5010.  ROSA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 94–5011.  MILLIGAN *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 94–5012.  ROSE *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 94–5013.  HARRIS *v.* HATFIELD, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 94–5014.  IUSAN *v.* NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT ET AL.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 94–5015.  HALIM *v.* ACCU-LABS RESEARCH, INC.  C. A. 10th Cir.  Certiorari denied.

No. 94–5017.  GARDNER *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.